# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| CARL SIMON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No. 2017-0007 |
| RICK MULLGRAV, DWAYNE BENJAMIN, | ) |
| LINDA CALLWOOD, RUSSEL WASHBURN, | ) |
| JULIUS WILSON, DONALD REDWOOD, | ) |
| JOHN P. DEJONGH, JR., KENNETH E. | ) |
| MAPP, VINCENT FRAZER, CORRECTIONS | ) |
| CORPORATION OF AMERICA, | ) |
| GOVERNMENT OF THE VIRGIN ISLANDS, | ) |
| NATASHA METCALF, DENNIS HOWARD, | ) |
| and OTHERS UNKNOWN, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**Appearances:**
**Carl Simon,** *Pro Se*

**Kevin A. Rames, Esq.,**
St. Croix, U.S.V.I.
*For Defendants Russell Washburn, Natasha Metcalf,*
*Dennis Howard, and Corrections Corporation of America*

## ORDER

**UPON CONSIDERATION** of the Report and Recommendation ("R&R") issued by Magistrate Judge George W. Cannon, Jr., pursuant to 28 U.S.C. § 1915(e)(2) and 28 U.S.C. § 1915A (Dkt. No. 45); Carl Simon's ("Plaintiff") Objections thereto (Dkt. No. 56); Plaintiff's "Motion for Hearing" (Dkt. No. 57); and for the reasons set forth in the accompanying Memorandum Opinion filed contemporaneously herewith; it is hereby

**ORDERED** that Magistrate Judge Cannon's R&R is **REJECTED IN PART AND ADOPTED IN PART** as modified in the accompanying Memorandum Opinion filed contemporaneously herewith; and it is further

**ORDERED** that the breach of contract claims set forth in Counts 5 and 9 of Plaintiff's Complaint—and any other intended breach of contract claim—are **DISMISSED** for lack of standing; and it is further

**ORDERD** that the R&R is **ADOPTED** to the extent that Counts 1, 3 (in part), 5, 6 (in part), 7 (in part), and 8 of Plaintiff's Complaint are **DISMISSED** for failure to state a claim; and it is further

**ORDERED** that the R&R is **ADOPTED** to the extent that Count 2 of Plaintiff's Complaint is **DISMISSED** as frivolous; and it is further

**ORDERED** that the R&R is **ADOPTED** to the extent that Count 10 of Plaintiff's Complaint is **DISMISSED** as time-barred; and it is further

**ORDERED** that the R&R is **REJECTED** to the extent that Count 9 of Plaintiff's Complaint is **DISMISSED** for failure to state a claim; and it is further

**ORDERED** that the R&R is **REJECTED** to the extent that the Court will not dismiss Counts 3 (in part), 4, 6 (in part), and 7 (in part) of Plaintiff's Complaint; and it is further

**ORDERED** that Plaintiff shall have up to and including May 28, 2021 within which to file an Amended Complaint that addresses the deficiencies that the Court has found in Counts 1, 3 (in part), 5 (in part), 6, 7, 8, 9 (in part), and 10; and it is further

**ORDERED** that Plaintiff's "Motion for Hearing" (Dkt. No. 57) is **DENIED** as unnecessary; and it is further

**ORDERED** that the Clerk of Court shall provide a copy of this Order and its accompanying Memorandum Opinion to Petitioner by certified mail, return receipt requested.

**SO ORDERED**.

Date:  April 16, 2021                              _____/s/_____
                                                   WILMA A. LEWIS
                                                   Chief Judge